IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN E. PREVOST, II
ADC #144749                                                                                          PLAINTIFF

v.                      Case No. 2:17-cv-00144-KGB/JJV

VALORIE WESTBROOK, *et al.*,                                                              DEFENDANTS

## ORDER

     The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 20). No objections have been filed, and the time for filing objections has passed. The Court adopts the Proposed Findings and Recommendations as its findings in all respects, except to the extent it recommends the dismissal of separate defendants Valorie Westbrook and Jeremy Andrews, as those two defendants have subsequently been dismissed as defendants from this lawsuit based on the motion filed by plaintiff John E. Prevost, II (*see* Dkt. Nos. 25, 26). Accordingly, the Court grants defendants' motion for partial summary judgment consistent with the terms of this Order (Dkt. No. 16) and denies Mr. Prevost's cross motion for summary judgment (Dkt. No. 19). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that in *in forma pauperis* appeal from this Order would not be taken in good faith.

     So ordered this the 4th day of September, 2018.

                                                                               Kristine G. Baker
                                                                               United States District Judge