IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JOHN E. PREVOST, II<br>ADC #144749 | PLAINTIFF |
| v. Case No. 2:17-cv-00144-KGB/JJV | |
| MOSES JACKSON, III, *et al.*, | DEFENDANTS |

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed. The relief requested is denied. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered this day would not be taken in good faith.

So adjudged this 30th day of August 2019.

_____
Kristine G. Baker
United States District Judge